# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0105. MONIKA SINGH v. MANINDER SINGH.**

Monika Singh filed this direct appeal from the trial court's entry of a final divorce decree. We, however, lack jurisdiction. Pursuant to OCGA § 5-6-35 (a) (2), an application for discretionary appeal is required in order to appeal a divorce decree. Singh's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Davidson v. Callaway*, 274 Ga. 813, 814-815 (559 SE2d 728) (2002).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  09/12/2018*
      *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*